HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| TERRANCE MACK,<br><br>   Plaintiff,<br><br> v.<br><br>CENTURYLINK COMMUNICATIONS, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND CONVERGENT OUTSOURCING, INC.<br><br>   Defendants. | NO. 3:22-cv-05581-JLR<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANTS CONVERGENT OUTSOURCING, INC. AND CENTURYLINK COMMUNICATIONS, LLC SHALL RESPOND TO COMPLAINT |

  THIS MATTER having come before the Court on Plaintiff Terrance Mack, Defendant Convergent Outsourcing, Inc. ("COI"), and Centurylink Communications, LLC's ("CenturyLink") Stipulated Motion for Extension of Time Within Which Defendants Shall Respond to Complaint ("Stipulated Motion").  The Court, having considered the Stipulated Motion, it is hereby ORDERED that the Stipulated Motion for Extension of Time is GRANTED.

  Defendants COI and Centurylink shall file an Answer to Plaintiff's Complaint on or before September 17, 2022

  SIGNED this 15th day of August, 2022

              /s/ James L. Robart
              _____
              US DISTRICT JUDGE JAMES L. ROBART

Presented By:

WILLIAMS, KASTNER & GIBBS PLLC

ROBERT W. MITCHELL, ATTORNEY AT LAW, PLLC

By: *s/Ryan W. Vollans*
Ryan W. Vollans, WSBA No. 45302
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone:  206-628-6600
Fax:       206-628-6611
Email:   rvollans@williamskastner.com

*s/ Robert Mitchell*
ROBERT MITCHELL, WSBA No. 37444
Robert Mitchell Attorney at Law, PLLC
1020 N. Washington St.
Spokane, WA  99201
Phone:  509-327-2224
Email:  bobmiichelllaw@gmail.com

*Counsel for Defendant Convergent Outsourcing, Inc.*

*Counsel for Plaintiff Terrance Mack*
CORR CRONIN, LLP

By: s/*Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1001 4th Ave., Ste. 3900
Seattle, WA 98154-1051
Phone: 206-625-8600
Email: elindberg@corrcronin.com

*Counsel for Defendant Centurylink Communications, LLC*

PROPOSED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME  – Page **2** of **2**

7638813.1