UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| TERRANCE MACK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTURYLINK COMMUNICATIONS, LLC, CONVERGENT OUTSOURCING INC., EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　　Defendants. | USDC No. 3:22-cv-5581<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL AS TO DEFENDANT CONVERGENT OUTSOURCING, INC. |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff Terrance Mack and Defendant Convergent Outsourcing Inc. that all claims and causes of action against Defendant Convergent Outsourcing, Inc. only can be dismissed with prejudice and without costs to any party.

Respectfully submitted this 20th day of December 2022,

| ROBERT MITCHELL, ATTORNEY AT LAW<br>*s/ Robert W. Mitchell*<br>Robert W. Mitchell, WSBA No. 37444<br>1020 N Washington Street<br>Spokane, WA 99201-2237<br>Phone: 509.327.2224<br>Email: bobmitchellaw@yahoo.com<br><br>***Counsel for Plaintiff Terrance Mack*** | SESSIONS, ISRAEL & SHARTLE, LLC<br>*s/ Louis Leonard Galvis*<br>Louis Leonard Galvis *(Pro Hac Vice)*<br>(CO Bar No. 32885)<br>65010 Solar Road<br>Montrose, CO 81403-8718<br>Phone: 970.218.9086<br>Email: lgalvis@sessions.legal<br><br>***Counsel for Convergent Outsourcing, Inc.*** |
|---|---|
| WILLIAMS, KASTNER & GIBBS PLLC<br>*s/ Ryan W. Vollans*<br>Ryan W. Vollans, WSBA No. 45302<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: 206.628.6600<br>Email: rvollans@williamskastner.com<br>***Counsel for Defendant Convergent Outsourcing, Inc.*** | |

DEFENDANT CONVERGENT OUTSOURCING, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO
PLAINTIFF'S COMPLAINT – Page **1** of **2**

7688750.1
7688750.1

**ORDER**

THIS MATTER having come before the court by Stipulation by and between Plaintiff Terrance Mack and Defendant Convergent Outsourcing Inc. advising that all claims against Defendant Convergent Outsourcing, Inc. only may be dismissed with prejudice and without costs to any party, and the Court being fully advised, it is hereby,

ORDERED, ADJUDGED, AND DECREED that all claims against Defendant Convergent Outsourcing, Inc. only be dismissed with prejudice and without costs to any party.

ORDERED this 20th day of December, 2022

_____
JUDGE JAMES L. ROBART

Presented By:

ROBERT MITCHELL, ATTORNEY AT LAW
*s/ Robert W. Mitchell*
Robert W. Mitchell, WSBA No. 37444
1020 N Washington Street
Spokane, WA 99201-2237
Phone: 509.327.2224
Fax:    888.840.6003
Email: bobmitchellaw@yahoo.com
**Counsel for Plaintiff Terrance Mack**

SESSIONS, ISRAEL & SHARTLE, LLC
*s/ Louis Leonard Galvis*
Louis Leonard Galvis (Pro Hac Vice)
(CO Bar No. 32885)
**Counsel for Defendant Convergent Outsourcing, Inc.**

WILLIAMS, KASTNER & GIBBS PLLC
*s/ Ryan W. Vollans*
Ryan W. Vollans, WSBA No. 45302
**Counsel for Defendant Convergent Outsourcing, Inc.**

DEFENDANT CONVERGENT OUTSOURCING, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO
PLAINTIFF'S COMPLAINT – Page **2** of **2**

7688750.1
7688750.1