THE HONORABLE JAMES L. ROBART

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:  509-327-2224
Email:  bobmitchellaw@gmail.com

*Attorney for Plaintiff, Terrance Mack*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TERRANCE L MACK,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CENTURYLINK COMMUNICATIONS, LLC, CONVERGENT OUTSOURCING, INC., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | NO.  3:22−cv−05581−JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CENTURYLINK COMMUNICATIONS** |

## **STIPULATED DISMISSAL**

Plaintiff, TERRANCE L MACK, being represented by his counsel, Attorney Robert Mitchell, and Defendant, CENTURYLINK COMMUNICATIONS, LLC., being represented by its attorney, Eric A. Lindberg, hereby jointly move to dismiss CENTURYLINK COMMUNICATIONS, LLC., from this action with prejudice and without an award of costs or fees to either party.

DISMISS CENTURY LINK
3:22−cv−05581−JLR

1

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

Presented by:

S//*Robert W. Mitchell*   Dated January 23, 2023
Robert W. Mitchell (WSBA No. 37444)
Attorney at Law, PLLC
1020   N. Washington
Spokane, WA  99201

Stipulated by:

*s/ Eric A. Lindberg*   Dated January 23, 2023
Eric A. Lindberg (WSBA # 43596)
Emily J. Harris (WSBA # 35763)
1001 Fourth Avenue
Suite 3900 Seattle, WA 98154-1051
Telephone:   (206) 625-8600
Email:   eharris@corrcronin.com elindberg@corrcronin.com
*Attorneys for Defendant CenturyLink Communications, LLC d/b/a Lumen Technologies Group*

DISMISS CENTURY LINK
3:22−cv−05581−JLR

2

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

**ORDER**

THIS COURT having reviewed the parties' motion and finding good cause shown, HEREBY ORDERS that Defendants, CENTURYLINK COMMUNICATIONS, LLC., shall be dismissed from this action with prejudice and without an award of costs or fees to either party.

Dated this 23rd day of January, 2023.

*[signature]*

THE HONORABLE JAMES L. ROBART
United States District Judge

DISMISS CENTURY LINK
3:22−cv−05581−JLR

3

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com