1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   TERRANCE L. MACK,                          CASE NO. C22-5581JLR

11                          Plaintiff,          MINUTE ORDER

               v.

12

13   CENTURYLINK
     COMMUNICATIONS, LLC, et al.

14

                        Defendants.

15

16        The following minute order is made by the direction of the court, the Honorable

17   James L. Robart:

18        Plaintiff Terrance L. Mack notified the court via email that he and Defendant

19   Experian Information Solutions, Inc. ("Experian") are engaged in a discovery dispute.

20   The court ORDERS as follows:

21   //

22   //

MINUTE ORDER - 1

1  1.  Mr. Mack and Experian shall file letter briefs setting forth their positions on

2 their dispute by no later than Friday, March 31, 2023.  These letter briefs shall not exceed

3 two (2) pages in length.

4  2.  The court will hold a Zoom.gov video conference regarding the parties'

5 dispute on April 4, 2023, at 1:30 p.m.  Information about attending the conference will be

6 sent to the parties via email.

7  Filed and entered this 29th day of March, 2023.

8
           RAVI SUBRAMANIAN
9           Clerk of Court

10          s/ Ashleigh Drecktrah
           Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2